LEA M. WARNER *v.* CHARLES NEUBERT, JR.
LEA M. WARNER *v.* CHARLES NEUBERT, SR.
[Nos. 8, 9, October Term, 1936.]

693

*Decided November 12th, 1936.*

The causes were argued before BOND, C. J., URNER, OFFUTT, PARKE, MITCHELL, and JOHNSON, JJ.

*George Weems Williams* and *Jesse Slingluff, Jr.,* with whom were *Marbury, Gosnell & Williams* on the brief, for the appellant.

*Joseph T. Parr,* with whom were *Rome & Rome* on the brief, for the appellees.

BOND, C. J., delivered the opinion of the Court.